UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jason Pearce,<br>                    Plaintiff,<br>v.<br>Wesco Insurance Company et al.,<br>                    Defendants. | Case No.:  22cv580-JO-AGS<br><br>**ORDER DENYING PLAINTIFF/COUNTER DEFENDANT'S MOTION TO DISMISS COUNTERCLAIMS** |
| Wesco Insurance Company,<br>                    Counter Claimant,<br>v.<br>Jason Pearce,<br>                    Counter Defendant. | |

On May 18, 2022, Plaintiff/Counter Defendant Jason Pearce ("Mr. Pearce") filed a motion to dismiss Defendant/Counter Claimant Wesco Insurance Company's ("Wesco") Counterclaims. Dkt. 6.

///

///

1

The Court held oral argument on the motion on November 2, 2022. For the reasons stated on the record during the oral argument, the Court DENIES Mr. Pearce's motion [Dkt. 6] in its entirety. Mr. Pearce shall file an answer to the Counterclaims on or before **November 23, 2022**.

**IT IS SO ORDERED**

Dated: November 2, 2022

Honorable Jinsook Ohta
United States District Judge